834

No. 95–9005. Ross *v.* Ieyoub, Attorney General of Louisiana, et al. C. A. 5th Cir. Certiorari denied.

No. 95–9006. Carroll *v.* Local 144 Pension Fund et al. C. A. 2d Cir. Certiorari denied.

No. 95–9007. Bradley *v.* Fields. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–9009. Carey *v.* Johnson et al. C. A. 5th Cir. Certiorari denied.

No. 95–9010. Griffin *v.* Georgia. Sup. Ct. Ga. Certiorari denied.

No. 95–9011. Domino *v.* White, Warden. C. A. 9th Cir. Certiorari denied.

No. 95–9013. Godaire *v.* Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 95–9016. Franklin *v.* Immigration and Naturalization Service. C. A. 8th Cir. Certiorari denied.

No. 95–9017. Graham *v.* Oregon et al. C. A. 9th Cir. Certiorari denied.

No. 95–9018. Akbar-El *v.* Wise et al. C. A. 6th Cir. Certiorari denied.

No. 95–9019. Portee *v.* Clarke, Warden. C. A. 9th Cir. Certiorari denied.

No. 95–9020. Barry *v.* Pennsylvania Higher Education Assistance Agency. Sup. Ct. Pa. Certiorari denied.

No. 95–9021. Memro *v.* California. Sup. Ct. Cal. Certiorari denied.

No. 95–9023. Chalmars *v.* Mitchell, Superintendent, Eastern Correctional Facility. C. A. 2d Cir. Certiorari denied.